PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0:12CR60273-COHN-1 |
| DOCKET NUMBER *(Rec. Court)* |
| 2:26-cr-00037-GMN-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alfredo Carranza | Southern District of Florida | Fort Lauderdale |

FILED ✔    RECEIVED
ENTERED    SERVED ON

**MAR 16 2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| DISTRICT | Southern District of Florida |
|---|---|
| DIVISION | Fort Lauderdale |
| NAME OF SENTENCING JUDGE | The Honorable James I. Cohn |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 01/22/2026 | 01/22/2031 |

OFFENSE
Count One:Conspiracy to Possess with Intent to Disribute 50 grams or more of Methamphetamines, in violation of Title 21 U.S.C. § 846.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
family ties, employment,

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Southern District    DISTRICT OF    Florida

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Nevada___ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

02/09/2026
*Date*

JAMES I. COHN
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    District    DISTRICT OF    Nevada

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 18, 2026
*Effective Date*

*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Alfredo Carranza
Case No.:  To be assigned

## REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION

March 16, 2026

TO:    United States District Judge

On May 30, 2013, Mr. Carranza was sentenced to 183 months imprisonment, followed by 5 years of supervised release for the offense of Conspiracy to Possess with Intent to Distribute 50 Grams or More of Methamphetamine. On January 22, 2026, he commenced supervision in the District of Nevada.

Mr. Carranza has significant ties to our community and intends to remain in the District of Nevada for the duration of supervised release. Currently, he resides with his brother in North Las Vegas, NV. Mr. Carranza was previously supervised in the District of Nevada, prior to committing the offense in this matter. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable James I. Cohn agreeing to relinquish jurisdiction of this case.

Should the Court have any questions or concerns, please contact the undesigned officer at (702-378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

_____
Zachary Warner
United States Probation Officer

Approved:

_____
Steve M Goldner
Supervisory United States Probation Officer